UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Joshua Sprague

v.  Case Number: 4:20−cv−02604

Ed's Precision Manufacturing, LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/5/2021

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Docket Call


Date:   April 21, 2021

Nathan Ochsner, Clerk