IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSH SPRAGUE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. A. No. 4:20-CV-2604 |
| ED'S PRECISION MANUFACTURING, LLC, | § § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE

The undersigned attorney is admitted to practice in this Court and by this notice appears in this case as counsel for Plaintiff.

                                            Respectfully submitted,

                                            THE RICHEY LAW FIRM

*/s/ Sara Richey*
Sara Richey
State Bar No. 24068763
3801 Kirby Drive, Suite #344
Houston, Texas 77098
Tel.: (713) 636-9931
sara@thericheylawfirm.com

## CERTIFICATE OF SERVICE

I certify that on April 29, 2021, a true and correct copy of the above Notice of Appearance was served on the counsel of record via electronic service.

Robert E. Freehill
robert@Johnson-Attorneys.com
Christopher L. Johnson
chris@Johnson-Attorneys.com
Johnson & Associates
Attorneys at Law, PLLC
303 East Main Street, Suite 100
League City, Texas 77573
Main:281-895-2410
Fax: 409-263-1020

                                        By: */s/Sara Richey*
                                               Sara Richey