# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Texas

| | |
|---|---|
| JOSH SPRAGUE<br>V.<br>ED'S PRECISION MANUFACTURING, LLC | **AMENDED EXHIBIT LIST**<br><br>Case Number:  4:20-cv-2604 |

| PRESIDING JUDGE<br>Lee Rosenthal | PLAINTIFF'S ATTORNEY<br>Clayton D. Craighead / Sara Richey | DEFENDANT'S ATTORNEY<br>Robert Freehill / Chris Johnson |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff's leave request form (EPM 000026) |
| ~~2~~ | | | | | ~~Plaintiff's pay stubs from working for Defendant (Sprague-0003)~~ |
| 3 | | | | | COBRA Checks (Sprague 162-164) |
| 4 | | | | | Emails from Jennifer Sprague to Defendant (EPM 00001, EPM 00020) |
| 5 | | | | | Documents reflecting Plaintiff's efforts to obtain new employment (Sprague-58, Sprague 65-69) |
| 6 | | | | | Text messages sent to / from Plaintiff concerning his employment with Defendant (Sprague 42-50, Sprague 51-52, Sprague 53, Sprague-54-55) |
| 7 | | | | | Hi-Tech Paystubs (Sprague-39, Sprague-165) |
| 8 | | | | | Disciplinary records for Defendant's employees related to tardiness, leaving early, and/or absenteeism (EPM-24-25, EPM-59-65, EPM-82-83, EPM-191-193) |
| 9 | | | | | Time sheets reflecting hours worked by Defendant's employees during COVID (EPM-195-240) |
| 10 | | | | | Defendant's Employment Policies (EPM 00005-17) |
| ~~11~~ | | | | | ~~Written statements from Ramiro Schuur and Jesus Martinez (EPM 000018-19)~~ |
| 12 | | | | | Plaintiff's termination paperwork (EPM 000024-25) |
| ~~13~~ | | | | | ~~Employer Response to Notice of Application for Unemployment Benefits (EPM 000034-35)~~ |
| 14 | | | | | Training Record (EPM 00087-90) |
| 15 | | | | | Email from Nancy Khuong to Nancy Khuong (EPM 91) |
| 16 | | | | | Discovery responses |
| 17 | | | | | Pleadings |
| 18 | | | | | Penn Mutual Docs (Sprague 218-223) |
| 19 | | | | | 2020 Ed's Precision's Payroll Summary (EPM 23) |
| | | | | | |
| | | | | | |
| | | | | | |

Plaintiff Joshua Sprague reserves the right to use and/or introduce the following as evidence in this case:

a) All exhibits entered into the Court's record by Defendant;

b) All documents produced by the parties, not specifically listed herein in response to written discovery;

c) All written responses to discovery by any party herein not specifically identified as an Exhibit or potential Exhibit above;

d) All documents, if any, obtained through the use of an authorization;

e) All documents, if any, submitted to the Court by affidavit;

f) All documents, if any, subpoenaed by any party from any third-party such as medical providers, employers, etc.;

g) All documents and exhibits attached to the transcript of any oral or written deposition, not specifically listed herein; and

h) Should the need arise, any and all documents not specifically listed herein but exchanged by the parties throughout the discovery phase of this litigation.

Plaintiff Joshua Sprague has made every effort to identify the exhibits likely to be used at trial but reserves the right to use demonstrative exhibits and other public documents as well as rebuttal evidence and witnesses, if necessary.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Texas

| | **AMENDED EXHIBIT LIST** |
|---|---|
| JOSH SPRAGUE | |
| V. | |
| ED'S PRECISION MANUFACTURING, LLC | Case Number: 4:20-cv-2604 |

| PRESIDING JUDGE  Lee Rosenthal | PLAINTIFF'S ATTORNEY  Clayton D. Craighead | DEFENDANT'S ATTORNEY  Robert Freehill / Chris Johnson |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff's leave request form (EPM 000026) |
| 2 | | | | | Plaintiff's pay stubs from working for Defendant (Sprague-0003) |
| 3 | | | | | Correspondence from Cy Fair ISD concerning COVID (Sprague-0004 (including the materials found at the link provided therein), EPM-150-158) |
| 4 | | | | | Emails from Jennifer Sprague to Defendant (EPM 00001, EPM 00020) |
| 5 | | | | | Documents reflecting Plaintiff's efforts to obtain new employment (Sprague-58, Sprague 65-69) |
| 6 | | | | | Text messages sent to / from Plaintiff concerning his employment with Defendant (Sprague 42-50, Sprague 51-52, Sprague 53, Sprague-54-55) |
| 7 | | | | | Executive Orders issued concerning COVID including those from Gov. Gregg Abbott and the Honorable Lena Hidalgo and referenced CDC Guidelines (Sprague-0081-161) |
| 8 | | | | | Disciplinary records for Defendant's employees related to tardiness, leaving early, and/or absenteeism (EPM-24-25, EPM-59-65, EPM-82-83, EPM-191-193) |
| 9 | | | | | Time sheets reflecting hours worked by Defendant's employees during COVID (EPM-195-240) |
| 10 | | | | | Defendant's Employment Policies (EPM 00005-17) |
| 11 | | | | | Written statements from Ramiro Schuur and Jesus Martinez (EPM 000018-19) |
| 12 | | | | | Plaintiff's termination paperwork (EPM 000024-25) |
| 13 | | | | | Employer Response to Notice of Application for Unemployment Benefits (EPM 000034-35) |
| 14 | | | | | Training Record (EPM 00087-90) |
| 15 | | | | | Email from Nancy Khuong to Nancy Khuong (EPM 91) |
| 16 | | | | | Discovery responses |
| 17 | | | | | Pleadings |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Plaintiff Joshua Sprague reserves the right to use and/or introduce the following as evidence in this case:

i)   All exhibits entered into the Court's record by Defendant;

j) All documents produced by the parties, not specifically listed herein in response to written discovery;

k) All written responses to discovery by any party herein not specifically identified as an Exhibit or potential Exhibit above;

l) All documents, if any, obtained through the use of an authorization;

m) All documents, if any, submitted to the Court by affidavit;

n) All documents, if any, subpoenaed by any party from any third-party such as medical providers, employers, etc.;

o) All documents and exhibits attached to the transcript of any oral or written deposition, not specifically listed herein; and

p) Should the need arise, any and all documents not specifically listed herein but exchanged by the parties throughout the discovery phase of this litigation.

Plaintiff Joshua Sprague has made every effort to identify the exhibits likely to be used at trial but reserves the right to use demonstrative exhibits and other public documents as well as rebuttal evidence and witnesses, if necessary.

Respectfully submitted,

THE CRAIGHEAD LAW FIRM, PLLC

By:  /s/ Clayton D. Craighead
Clayton D. Craighead
State Bar No. 24065092
S.D. Texas No. 958992
440 Louisiana, Suite 900
Houston, TX 77002
(832) 798-1184 – Telephone
(832) 553-7261 – Facsimile
clayton.craighead@thetxlawfirm.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2021, I electronically served the above document on counsel of record including the following recipient(s):

Robert E. Freehill
robert@Johnson-Attorneys.com

Chris Johnson
chris@johnson-attorneys.com

Caroline Bossier
caroline@johnson-attorneys.com

/s/ Clayton D. Craighead
Clayton D. Craighead