United States District Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSH SPRAGUE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-20-2604 |
| ED'S PRECISION MANUFACTURING, LLC, | § § § § § | |
| Defendant. | § § | |

**ORDER**

The court believes it will be helpful to have the litigants—the clients—attend the Monday, October 25, 2021, Final Pretrial Conference, in addition to counsel. Please arrange for them to be present.

SIGNED on October 20, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge