UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSH SPRAGUE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. A. No. 4:20-CV-2604 |
| ED'S PRECISION MANUFACTURING, LLC, | § § § § | |
| *Defendant*. | § § | |

**JURY QUESTIONS**

## QUESTION NO. 1

Do you find that Mr. Sprague has proven by a preponderance of the evidence that Ed's Precision's decision to fire him was motivated by his having taken intermittent paid leave?

Answer "Yes" or "No."

Answer: __Yes__

*If you answered "Yes" to Question No. 1, then proceed to answer Question No. 2. If you answered "No" to Question No. 1, then do not answer Question No. 2.*

## QUESTION NO. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Mr. Sprague for the damages, if any, you have found Ed's Precision caused him?

Answer in dollars and cents for the following items, and none other:

1. Wages, salary, employment benefits, or other compensation denied or lost from June 1, 2020, until the present date, less the compensation Mr. Sprague has received from his new employer, High Tech Machine II.

Answer: $7,600.00

## **VERDICT CERTIFICATE**

Our verdict is unanimous. All twelve of us have agreed to each and every answer. The presiding juror has signed the certificate for all twelve of us.

Signature of Presiding Juror          Printed name of Presiding Juror